Commonwealth *v.* Landrus, Appellant.

Argued April 12, 1972. *Andrew D. Regule,* for appellant; *Robert F. Banks,* First Assistant District Attorney, with him *Jo-*

820

*seph J. Nelson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.